UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

SAMUEL R. MOORE, JR. and
CAROLYN A. MOORE,

    Plaintiffs,

v.                          Case No. 1:04-CV-800

CYCON ENTERPRISES, INC.,        HON. GORDON J. QUIST

    Defendant and Third-Party Plaintiff.

v.

B & P GROUP, INC.,

    Third-Party Defendant.
_____/

## ORDER

In accordance with the Opinion entered on this date,

**IT IS HEREBY ORDERED** that Plaintiffs' Motion For An Award Of Costs/Expenses And Attorney's Fees (docket no. 122) is **GRANTED IN PART**. Plaintiffs are awarded $43,230.00 in attorney's fees and $656.81 in expenses and costs.


Dated: August 10, 2007                           /s/ Gordon J. Quist
                                                          GORDON J. QUIST
                                               UNITED STATES DISTRICT JUDGE